No. 12–8027/AR. Center for Constitutional Rights, et al., Appellants v. United States and Colonel Denise Lind, Military Judge, Appellees. CCA 20120514. On consideration of Appellees' motion to attach trial transcript in response to court order, it is ordered that said motion is hereby granted.

Misc. No. 12–8033/AR. Maurice K. Robins, Appellant v. United States, Appellee. CCA 20990996. On consideration of the writ-appeal petition and Appellee's motion to file government's designation of portions of the record to be included in the joint appendix pursuant to Rule 24(f), it is ordered that said motion is hereby granted, and said writ-appeal petition is hereby denied.